GRAND RIVER LODGE NO. 52, INDEPENDENT ORDER OF ODD FELLOWS v. CRAWFORD, Appellant.

**Division Two, June 12, 1900.**

Fitterer et al. v. Crawford, page 51, of this volume, followed and approved.

Appeal from Grundy Circuit Court.—*Hon. P. C. Stepp,* Judge.

REVERSED.

BURGESS, J.—This case in all of its salient features, is a parallel to the case of Fitterer and others against E. M. Crawford, decided at the present term, page 51 this vol-

ume, the only difference being in their organizations, and the property.

For reasons given in that case the judgment is reversed. *Gantt, P. J.*, and *Sherwood, J.*, concur.